## <u>APPENDIX A</u>

_____          CASE NO.  _____
               PLAINTIFF(S),

          vs.                            JUDGE BRIDGET M. BRENNAN

_____
               DEFENDANT(S).

| PLAINTIFF/DEFENDANT/JOINT/THIRD-PARTY EXHIBITS | | | | | | |
|---|---|---|---|---|---|---|
| **EXHIBIT I.D.** | **DESCRIPTION OF EXHIBIT** | **I.D.** | **OFFERED** | **OBJ.** | **ADMITTED** | **NOT ADMITTED** |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |